# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# THIRD DIVISION

David W. Poindexter,           Civil No. 06-410 RHK/AJB

     Petitioner,

v.

         **ORDER**

R.L. Morrison,

     Respondent.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated April 14, 2006, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that David Poindexter's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **granted**. [Docket No. 1]. The Bureau of Prisons shall promptly conduct an individualized review of petitioner's CCC eligibility.

Dated: April 28, 2006

         s/ Richard H. Kyle
         Richard H. Kyle
         United States District Court Judge